UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America,
        Plaintiff


        v.                                     07-cr-81-01-SM


Rafael Delacruz,
        Defendant


O R D E R


Defendant Delacruz's motion to continue the final pretrial conference and
trial is granted  (document no. 7).    Defendant Delacruz has filed a Waiver of
Speedy Trial.  Trial has been rescheduled for the month of October  2007.

The Court finds that the ends of justice served by granting a continuance
outweigh the best interest of the public and the defendant in a speedy trial,
18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would
unreasonably deny the defendant the reasonable time necessary for effective
preparation taking into account the exercise of due diligence under the
circumstances.

Final Pretrial Conference  is rescheduled for September  28, 2007   at

2:00 p.m. in  Room 421.

Jury selection will take place on October 10, 2007 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

April  17,  2007

cc:   Jorel Booker, Esq.
      Debra Walsh, AUSA
      U.S. Marshal
      U.S. Probation